Order issued September 12, 2012



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-11-00680-CR

JACOB WHEELER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F10-57968-H

# ORDER

By order dated March 7, 2012, the Court directed the district clerk to file a supplemental record containing the trial court's jury charge in this case. On that same date, the district clerk filed a supplemental clerk's record containing what purported to be the jury charges on guilt/innocence and punishment. On April 9, 2012, the Court received a letter from the trial court informing the Court that the charges in the supplemental clerk's record are drafts of the jury charges rather than the actual charges submitted to the jury. We further note that the record on appeal does not contain a copy of the trial court's certification of appellant's right to appeal.

We **ORDER** the trial court to file a certification of appellant's right to appeal within **THIRTY (30) DAYS** of the date of this order. *See* TEX. R. APP. P. 25.2(d).

We further **ORDER** the trial court to conduct a hearing to determine (1) whether the jury charges have been lost or destroyed; (2) whether appellant is at fault for the loss of the jury charges; and (3) whether the jury charges can be replaced either by agreement of the parties or with copies determined by the trial court to accurately duplicate with reasonable certainty the original jury charges. *See* TEX. R. APP. P. 34.5(e).

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **SIXTY (60) DAYS** of the date of this order.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated sixty (60) days from the date of this order or when the findings are received, whichever is earlier.

LANA MYERS
JUSTICE